

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, SUNSETS WEST, INC., and R.M. PERSONNEL, INC. | § § § | No. 08-15-00173-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| LUIS ALBERTO RODRIGUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2007-5339) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the part of the judgment with respect to R.M. Personnel, Inc. We therefore affirm that part of the judgment.

We conclude there was error in the part of the judgment with respect to Sunsets West, Inc. We therefore order that the judgment be modified to reflect a prejudgment interest start date of April 22, 2008 with respect to Sunsets West, Inc. The judgment, as modified, is affirmed with respect to Sunsets West, Inc.

We further conclude there was error in the judgment with respect to New Hampshire Insurance Company. We therefore reverse that part of the judgment with respect to New Hampshire Insurance Company and render judgment (1) that New Hampshire Insurance is not entitled to reimbursement from the jury award, and (2) ordering New Hampshire Insurance Company to apply a credit in the amount of $4,066,648.67, as an advance against future benefits, and to resume payment of workers' compensation benefits that would otherwise be payable once this credit has been applied, in accordance with the opinion of this Court.

It is further ordered that Appellee recover from Appellants Sunsets West, Inc. and R.M. Personnel, Inc. and their sureties, if any, see Tex.R.App.P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF JANUARY, 2019.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, J.
Hughes, J. (Not Participating)